AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Scalia, Antonin | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Supreme Court of the U.S.<br>One First Street, N.E.<br>Washington, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Member | U.S. Association of Constitutional Law |
| 2. Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 28 A 10: 14 FINANCIAL DISCLOSURE OFFICE

Scalia_Antonin

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | New England School of Law - Teaching | $3,500.00 |
| 2. 2008 | University of Baltimore - Teaching | $5,000.00 |
| 3. 2008 | University of Central Missouri - Teaching | $5,000.00 |
| 4. 2008 | University of Virginia - Teaching | $5,000.00 |
| 5. 2008 | Utah State University - Teaching | $7,000.00 |
| 6. 2008 | West Services, Inc. - Book advance and royalties | $98,716.41 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Agudath Israel of America | June 1 | New York, NY | Speech | Transportation, Food, and Lodging |
| 2. Bloomberg, L.P. | May 28 | New York, NY | Speech | Transportation, Food, and Lodging |
| 3. Federal Bar Association, New Orleans Chapter | October 13 | New Orleans, LA | Speech | Transportation, Food |
| 4. Federalist Society | July 31 | Denver, CO | Speech | Food, Lodging |
| 5. Federalist Society | September 16 | Chicago, IL | Speech | Food, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Scalia, Antonin | 05/15/2009 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. Federalist Society | October 1 | Boston, MA | Speech | Food, Lodging |
| 7. Federalist Society | October 27 | Philadelphia, PA | Speech | Transportation, Food, and Lodging |
| 8. Harvard University | October 2-3 | Cambridge, MA | Lecture | Transportation, Food, and Lodging |
| 9. John Marshall Law School | September 16 | Chicago, IL | Lecture | Transportation, Food |
| 10 Mentor Group | November 7 | New York, NY | Ends of the Earth Dinner | Transportation, Food, and Lodging |
| 11 Mississippi State University | January 24 | Mississippi State, MS | Lecture | Transportation, Food, and Lodging |
| 12 Montana Association of Criminal Defense Lawyers | July 28 | Bozeman, MT | Speech | Transportation, Food |
| 13 New England School of Law | July 6-17 | Galway, Ireland | Teaching | Transportation, Food, and Lodging |
| 14 Princeton University | March 7 | Princeton, NJ | Lecture | Transportation, Food, and Lodging |
| 15 Roger Williams University | April 7 | Bristol, RI | Lecture | Transportation, Food, and Lodging |
| 16 St. Edmund's Enders Island | October 3 | Mystic, CT | Speech | Transportation, Food, and Lodging |
| 17 St. Mary's University | April 3 | San Antonio, TX | Lecture | Transportation, Food |
| 18 Scribes | August 9 | New York, NY | Speech | Transportation, Food, and Lodging |
| 19 Seventh Circuit Bar Association | May 19 | Chicago, IL | Speech | Transportation, Food, and Lodging |
| 20 South Eastern Circuit | February 5 | London, England | Lecture | Transportation, Food |
| 21 Supreme Court Historical Preservation Commission | May 20 | Springfield, IL | Speech | Transportation, Food, and Lodging |
| 22 Texas Tech University | November 14-17 | Lubbock, TX | Lectures | Transportation, Food, and Lodging |
| 23 University of Baltimore | April 24 | Baltimore, MD | Teaching | Food |
| 24 University of Central Missouri | March 4-5 | Warrensburg, MO | Teaching | Transportation, Food, and Lodging |
| 25 University of Iceland | October 18 | Reykjavik, Iceland | Lecture | Tranportation, Food, and Lodging |
| 26 University of Montana | September 24 | Missoula, MT | Lecture | Transportation, Food, and Lodging |
| 27 University of Virginia | April 10-11 | Charlottesville, VA | Teaching | Food, Lodging |
| 28 Utah State University | September 15 | Logan, UT | Teaching | Transportation, Food, and Lodging |
| 29 West Point Society of New York | March 14 | New York, NY | Speech | Transportation, Food, and Lodging |
| 30 Wyoming State Bar | September 11-12 | Cheyenne, WY | Speeches | Transportation, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Washington Golf and Tennis Club *withdrew before end of reporting period | Honorary Membership | $700.00 |
| 2. University Club *withdrew before end of reporting period | Honorary Membership | $700.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. TIAA-CREF | D | Interest | M | T | | | | | |
| 2. Chevy Chase Bank Account | A | Interest | L | T | | | | | |
| 3. American Funds Growth Fund of America A (AGTHX) | | None | | | Sold (part) | 10-13 | K | | |
| 4. | | | | | Sold | 11-21 | J | | |
| 5. America Funds Investment Company of America A (AIVSX) | A | Dividend | | | Sold | 05-08 | K | B | |
| 6. American Funds Fundamental Investors A (ANCFX) | | None | | | Sold | 01-15 | L | D | |
| 7. American Funds Washington Mutual Investors Fund A (AWSHX) | A | Dividend | J | T | | | | | |
| 8. American Funds Intermediate Bond Fund of America A (AIBAX) | | None | | | Sold | 01-15 | K | B | |
| 9. American Funds U.S. Government Securities Fund A | | None | | | Sold | 01-15 | L | | |
| 10. American Funds American High Income Trust A | B | Dividend | | | Sold (part) | 01-15 | K | | |
| 11. | | | | | Sold | 05-08 | K | | |
| 12. American Funds American Mutual Fund Class A | A | Dividend | J | T | Sold (part) | 05-08 | L | | |
| 13. American Funds Bond Fund of America A | B | Dividend | | | Sold (part) | 01-15 | L | | |
| 14. | | | | | Sold (part) | 05-08 | K | | |
| 15. | | | | | Sold | 07-23 | L | | |
| 16. American Funds Capital Income Builder A | B | Dividend | | | Sold (part) | 07-09 | K | A | |
| 17. | | | | | Sold | 07-23 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Capital World Growth & Income Fund A | A | Dividend | | | Sold (part) | 01-15 | K | C | |
| 19. | | | | | Sold (part) | 07-09 | K | | |
| 20. | | | | | Sold | 11-21 | J | | |
| 21. American Funds Income Fund of America A | A | Dividend | | | Sold | 11-21 | J | | |
| 22. American Funds EuroPacific Growth Fund A (AEPGX) | | None | | | Sold | 11-21 | J | | |
| 23. Loomis Sayles Invest Grade Bond Fund (LSIIX) | D | Dividend | L | T | Buy (add'l) | 01-15 | K | | |
| 24. | | | | | Buy (add'l) | 05-08 | J | | |
| 25. | | | | | Sold (part) | 07-09 | K | | |
| 26. | | | | | Buy (add'l) | 10-13 | K | | |
| 27. Vanguard Inflation Protected Securities Fund (VIPSX) | D | Dividend | M | T | Buy (add'l) | 01-16 | K | | |
| 28. | | | | | Buy (add'l) | 02-01 | J | | |
| 29. | | | | | Buy (add'l) | 05-09 | J | | |
| 30. | | | | | Buy (add'l) | 07-09 | K | | |
| 31. Schwab Adv Cash Reserves | C | Dividend | L | T | | | | | |
| 32. American Funds Bond Fund of America 529F1 (CFAFX) | A | Dividend | J | T | | | | | |
| 33. American Funds Capital World Growth & Income 529FI (CWIFX) | A | Dividend | J | T | | | | | |
| 34. American Funds Growth Fund of America 529F1 (CGFFX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds Income Fund of America 529F1 (CIMFX) | A | Dividend | J | T | | | | | |
| 36. Calvert Global Alt Energy I (CAEIX) | | None | K | T | Buy | 10-13 | K | | |
| 37. CGM Realty Fund (CGMRX) | A | Dividend | J | T | Buy | 02-01 | J | | |
| 38. | | | | | Buy (add'l) | 10-13 | K | | |
| 39. | | | | | Sold (part) | 11-21 | J | | |
| 40. Federated Prudent Bear Fund A (BEARX) | E | Dividend | M | T | Buy | 05-08 | J | | |
| 41. | | | | | Buy (add'l) | 07-09 | J | | |
| 42. | | | | | Buy (add'l) | 11-20 | L | | |
| 43. Harbor Bond Fund Inst (HABDX) | C | Dividend | L | T | Buy | 07-28 | L | | |
| 44. | | | | | Buy (add'l) | 10-13 | K | | |
| 45. Ivy Science & Technology (ISTIX) | B | Dividend | K | T | Buy | 10-13 | J | | |
| 46. | | | | | Buy (add'l) | 11-21 | K | | |
| 47. Keeley Small Cap Value (KSCIX) | | None | K | T | Buy | 10-13 | J | | |
| 48. | | | | | Buy (add'l) | 11-21 | J | | |
| 49. Oppenheimer Gold & Prec Metals (OPSGSX) | A | Dividend | K | T | Buy | 02-01 | J | | |
| 50. | | | | | Sold (part) | 08-25 | J | | |
| 51. | | | | | Buy (add'l) | 10-13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TCW Total Return Bond (TGLMX) | A | Dividend | L | T | Buy | 12-10 | L | | |
| 53. Templeton Global Bond (TGBAX) | C | Dividend | L | T | Buy | 11-21 | K | | |
| 54. | | | | | Buy (add'l) | 10-13 | K | | |
| 55. | | | | | Buy (add'l) | 11-25 | J | | |
| 56. Vanguard Short-Term Bond Fund (VBSSX) | B | Dividend | L | T | Buy | 07-24 | J | | |
| 57. | | | | | Buy (add'l) | 07-28 | L | | |
| 58. | | | | | Buy (add'l) | 11-21 | K | | |
| 59. | | | | | Buy (add'l) | 11-25 | J | | |
| 60. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | Buy | 05-08 | J | | |
| 61. | | | | | Buy (add'l) | 07-09 | J | | |
| 62. | | | | | Buy (add'l) | 10-13 | K | | |
| 63. American Funds American High Income Trust F1 (AHTFX) | A | Dividend | | | Buy | 05-08 | J | | |
| 64. | | | | | Sold | 07-09 | J | | |
| 65. American Funds Capital Income Builder F1 (CIBFX) | A | Dividend | | | Buy | 05-08 | J | | |
| 66. | | | | | Sold | 07-23 | J | | |
| 67. American Funds Growth Fund of America F1 (GFAFX) | | None | | | Buy | 01-15 | K | | |
| 68. | | | | | Buy (add'l) | 07-09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07-09 | K | | |
| 70. | | | | | Sold | 10-08 | K | | |
| 71. American Funds Income Fund of America F1 (IFAFX) | C | Dividend | | | Buy | 01-15 | K | | |
| 72. | | | | | Buy (add'l) | 05-08 | J | | |
| 73. | | | | | Sold | 10-08 | K | | |
| 74. Dodge & Cox Income (DODIX) | B | Dividend | | | Buy | 01-15 | K | | |
| 75. | | | | | Buy (add'l) | 05-08 | J | | |
| 76. | | | | | Buy (add'l) | 07-09 | J | | |
| 77. | | | | | Sold | 10-08 | L | | |
| 78. Northern Income Equity Fund (NOIEX) | A | Dividend | | | Buy | 05-08 | J | | |
| 79. | | | | | Buy (add'l) | 07-09 | K | | |
| 80. | | | | | Sold | 10-08 | K | | |
| 81. Vanguard Interm-Term Invest Gr Bond (VFICX) | C | Dividend | | | Buy | 01-16 | K | | |
| 82. | | | | | Buy (add'l) | 05-09 | J | | |
| 83. | | | | | Buy (add'l) | 10-13 | K | | |
| 84. | | | | | Sold | 12-09 | L | | |
| 85. Trust #1 | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -CNA Money Fund (cash account) | | | | | | | | | |
| 87.   -BlackRock Large Cap Core Fund Instl (MALRX) | | | | | Sold (part) | 05-23 | J | B | |
| 88. | | | | | Sold (part) | 10-06 | J | | |
| 89.   -BlackRock Large Cap Core Fund A (MDLRX) | | | | | Sold | 05-23 | K | | |
| 90.   -BlackRock Equity Dividend Fd A (MDDVX) | | | | | Sold | 10-06 | K | E | |
| 91.   -BlackRock Global Sm Cap Fd Instl (MAGCX) | | | | | | | | | |
| 92.   -BlackRock Global Growth Instl (MAGGX) | | | | | | | | | |
| 93.   -BlackRock Equity Dividend Instl (MADVX) | | | | | | | | | |
| 94.   -BlackRock Global Allocation Instl (MALOX) | | | | | Sold (part) | 05-23 | J | B | |
| 95.   -BlackRock Total Return Instl (MAHQX) | | | | | Sold (part) | 04-07 | J | | |
| 96. | | | | | Sold (part) | 05-23 | L | | |
| 97. | | | | | Sold | 10-06 | M | | |
| 98.   -BlackRock Inflation Protected Bond Inst. (BPRIX) | | | | | Buy | 10-06 | K | | |
| 99.   -BlackRock Int Bond II Inst (PNBIX) | | | | | Buy | 05-23 | M | | |
| 100.  -BlackRock US Opportunities Port Inst (BMCIX) | | | | | Buy | 05-23 | K | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, Line 32 - This asset was purchased on 10/17/2007--J.

2) Part VII, Line 33 - This asset was purchased on 10/17/2007--J.

3) Part VII, Line 34 - This asset was purchased on 10/17/2007--J.

4) Part VII, Line 35 - This asset was purchased on 10/17/2007--J.

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544